UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODOLFO A. ABCEDE,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>GOODWILL INDUSTRIES OF GREATER NEW YORK AND NORTHERN NEW JERSEY, INC. and GALINA SHUB,<br><br>　　　　　　Defendants. | Civil Action Number: 11-3429 (WFK-RLM)<br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendants and **ORDERED** by the Court, that the above-entitled action be, and the same hereby is, dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party as against any other.

Dated: July 18, 2012
　　　　New York, New York

Law Office of Felix Q. Vinluan

By: _____
　　　Felix Q. Vinluan
　　　469 Seventh Avenue, Suite 404
　　　New York, New York 10018
　　　Attorney for Plaintiff

Dated: July 23, 2012
　　　　New York, New York

Kelley Drye & Warren LLP

By: _____
　　　Jean Y. Park
　　　101 Park Avenue
　　　New York, New York 10178
　　　(212) 808-7800
　　　Attorneys for Defendants

**SO ORDERED:**

Dated: July 23, 2012

*S/ William F. Kuntz, II*
U.S.D.J.